**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
DANIEL L. RASH II,              )    No. EDCV 08-428 CW
                                )
          Plaintiff,            )    JUDGMENT
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
          Defendant.            )
_____ )
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:   September 25, 2009


                                    _____/s/_____
                                       CARLA M. WOEHRLE
                                    United States Magistrate Judge